1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DORIAN M. AQUINO,                          1:09-cv-00429-DLB (PC)

12              Plaintiff,                        ORDER TO SUBMIT SIGNED
          vs.                                     APPLICATION TO PROCEED IN FORMA
13                                                PAUPERIS OR PAY FILING FEE
      R. JORDT, et al.,                           WITHIN THIRTY (30) DAYS
14
                Defendants.
15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17    to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

18    U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient in

19    that it did not include the second page of the application requiring plaintiff's original signature.

20    Each document submitted for filing must include the original signature of the filing party or

21    parties.  Local Rule 7-131; F.R.C.P. 11(a).

22              Accordingly, IT IS HEREBY ORDERED that:

23              Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the

24    enclosed application to proceed in forma pauperis, with plaintiff's original signature, or in the

25    alternative, pay the $350.00 filing fee for this action.

26    /////

1    **Failure to comply with this order will result in a recommendation that this action be**

2    **dismissed**.

3    IT IS SO ORDERED.

4    **Dated:** __**March 10, 2009**__          ___/s/ **Dennis L. Beck**___
                                                   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26